IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| TARVIS A. WEATHERLY, | ) | |
| a/k/a TARVIS ARNELL WEATHERLY, | ) | |
| | ) | |
| Petitioner, | ) | No. 2:19-cv-02456-TLP-tmp |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER DIRECTING PETITIONER TO FILE THE NECESSARY INMATE TRUST ACCOUNT STATEMENT OR PAY THE HABEAS FILING FEE

Pro se Petitioner Tarvis A. Weatherly[1] a/k/a Tarvis Arnell Weatherly petitions for habeas corpus relief under 28 U.S.C. § 2241 and applies to proceed in forma pauperis (ECF Nos. 1 & 2.) But his application to proceed in forma pauperis does not include a certification by the prison trust fund account officer or a copy of the Petitioner's inmate trust fund account statement showing a complete balance for the last six months, as required by 28 U.S.C. § 1915(a)(2).[2]

Petitioner is therefore ORDERED to pay the $5.00 habeas filing fee or submit a recent certification by the prison trust fund account officer and an inmate trust fund account statement for the last six months within thirty (30) days after the date of this order.[3]

Failure to comply with this order timely will lead to dismissal of this action without

---

[1] Petitioner, is a prisoner at the Shelby County Criminal Justice Center in Memphis, Tennessee with booking number 17146903.
[2] Petitioner should note that if his inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed in form pauperis will be denied.
[3] Petitioner need not submit another in forma pauperis affidavit.

further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this 20th day of August, 2019.

     s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE